United States Court of Appeals
Fifth Circuit

**F I L E D**

October 19, 2005

Charles R. Fulbruge III
Clerk

**UNITED STATES COURT OF APPEALS
FIFTH CIRCUIT**

———————

**No. 04-51421**

———————

**ROBERT LEE COGGIN; JENNIFER COGGIN; RAVEN COGGIN, A minor child
by her next friends, Robert Lee and Jennifer Coggin,**

**Plaintiffs - Appellants,**

**versus**

**CITY OF LOCKHART, TEXAS, et. al,**

**Defendants,**

**CITY OF LOCKHART, TEXAS; JOHN PASTRANO; RICHARD TORRES; ABEL
GARZA; SEVERAL YET TO BE NAMED LOCKHART CITY POLICE OFFICERS;
LOCKHART CITY SUPERVISORS; CALDWELL COUNTY TEXAS; RAY SANDERS,
Mayor, City of Lockhart; SAM ALLEN, Former Chief of Police,
Lockhart, Texas; H T WRIGHT, Judge, County Judge; DANIEL LAW,
Sheriff**

**Defendants - Appellees.**

———————————————————————————————

**Appeal from the United States District Court
for the Western District of Texas
No. 1:04-CV-124-SS**

———————————————————————————————

Before JOLLY and BARKSDALE, Circuit Judges, and LITTLE, District

Judge.[*]

PER CURIAM:[**]

    *AFFIRMED*.  *See* 5TH CIR. R. 47.6.

———————————————

    [*]District Judge for the Western District Of Louisiana, sitting
by designation.

    [**] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.